[No. 73502-1-I.   Division One.   March 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT ALLAN MARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-10905-7, John R. Ruhl, J., entered May 8, 2015. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 46314-8-II.   Division Two.   March 22, 2016.]

THE CITY OF TACOMA, *Respondent*, v. KENNETH DRISCOLL, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03277-7, Katherine M. Stolz, J., entered May 16, 2014. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 46690-2-II.   Division Two.   March 22, 2016.]

GABRIELLE NGUYEN-ALUSKAR, *Appellant*, v. CHICAGO TITLE INSURANCE COMPANY, *as Successor in Interest*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-07071-1, Elizabeth P. Martin, J., entered August 15, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 47123-0-II.   Division Two.   March 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02115-3, Stephanie A. Arend, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.